| | |
|---|---|
| 1 | TONY WEST<br>Assistant Attorney General |
| 2 | DAVID J. KLINE<br>Director, District Court Section |
| 3 | Office of Immigration Litigation<br>COLIN A. KISOR |
| 4 | Senior Litigation Counsel<br>ERIK R. QUICK (VSB: 37380) |
| 5 | Trial Attorney<br>    P.O. Box 868, Ben Franklin Station |
| 6 |     Washington, D.C.  20044-0868<br>    Telephone: (202) 353-9162 |
| 7 |     Facsimile: (703) 305-7000<br>    e-mail: erik.quick@usdoj.gov |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MOHAMMAD ISLAM | ) | No. 3:10-cv-04222 |
| | ) | |
| Plaintiff, | ) | **STIPULATION PURSUANT TO** |
| | ) | **CIVIL LOCAL RULE 6-1(a) FOR** |
| | ) | **EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANTS TO FILE** |
| | ) | **RESPONSIVE PLEADINGS** |
| United States Citizenship | ) | |
| and Immigration Services, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, pursuant to Civil Local Rule 6-1(a) and without the need for a Court order, as follows:

1. Plaintiff filed this action on September 17, 2010.  Defendants' response is due on November 23, 2010.

2. Defendants shall have a sixty (60) day extension of time in which to file responsive pleadings to Plaintiff's Complaint.  It is thus stipulated by the parties that Defendants shall have until and including January 24, 2011 to answer, move, or otherwise respond to Plaintiff's complaint.

| | | |
|---|---|---|
| 1 | **Dated:** November 22, 2010 | Respectfully submitted, |
| 2 | | TONY WEST<br>Assistant Attorney General |
| 3 | | DAVID J. KLINE<br>Director |
| 4 | | COLIN A. KISOR<br>Senior Litigation Counsel |
| 5 | | |
| 6 | | /s/ Erik R. Quick<br>ERIK R. QUICK |
| 7 | | Trial Attorney<br>United States Department of Justice |
| 8 | | Civil Division<br>Office of Immigration Litigation |
| 9 | | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 10 | | Washington, D.C. 20044<br>Telephone: (202) 353-9162 |
| 11 | | Facsimile: (202) 305-7000<br>E-mail: erik.quick@usdoj.gov |
| 12 | | Counsel for Defendants |
| 13 | | /s/ Lina Baroudi<br>LINA BAROUDI |
| 14 | | Law Office of Robert B. Jobe<br>550 Kearny Street; Suite 200 |
| 15 | | San Francisco, CA 94108<br>Telephone: (415) 956-5513 |
| 16 | | Facsimile: (415) 840-0308<br>E-mail: lina@jobelaw.com |
| 17 | | Counsel for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 24, 2010

JEFFREY S. WHITE
United States District Court Judge

STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a)
FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADINGS
Case: 3:10-cv-04222                    -2-