| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny Street, Suite 200 |
| | San Francisco, CA 94108 |
| 3 | (415) 956-5513 (phone) |
| | (415) 840-0308 (fax) |
| 4 | |
| | Attorney for Plaintiff. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MOHAMMAD SHER ISLAM, | ) | |
| | ) | |
| Plaintiff, | ) | No.   3:10-cv-04222-JSW |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | [PROPOSED] ORDER |
| F. GERARD HEINAUER, DIRECTOR, | ) | |
| USCIS NEBRASKA SERVICE CENTER; | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | Hearing:   4/8/11 |
| | ) | Time:        9:00 a.m. |

The stipulated request to continue is DENIED WITHOUT PREJUDICE to a showing of good cause for the request.

~~Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing is reset to May 6, 2011 at 9:00 a.m. and all other deadlines are reset accordingly.~~

IT IS SO ORDERED.

Dated: March 21, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] Order
3:10-cv-04222-JSW