**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHER ISLAM, | No. C 10-04222 JSW |
| Plaintiff, | **ORDER VACATING HEARING AND REQUESTING STATEMENT FROM PLAINTIFF REGARDING STATUS OF CLAIMS AGAINST ROBERT S. MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION** |
| v. | |
| F. GERARD HEINAUER, et al., | |
| Defendants. | |

This matter is scheduled for a hearing on May 6, 2011, to consider Defendants' Motion to Dismiss or, in the alternative for summary judgment, and Plaintiff's Cross-Motion for Summary Judgment. The Court finds the matter suitable for disposition without oral argument, and HEREBY VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). The Court, however, requests a statement from Plaintiff as to whether he is maintaining his claims against Defendant Robert S. Mueller, Director of the Federal Bureau of Investigation based on alleged delay in processing his name check. Plaintiff shall submit a statement as to whether or not he maintains those claims by no later than May 13, 2011.

**IT IS SO ORDERED.**

Dated: May 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE